```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Chief, Civil Division
 3  GARY PLESSMAN
    Chief, Civil Fraud Section
 4  SUSAN R. HERSHMAN
    Deputy Chief, Civil Fraud Section
 5  CATHY J. OSTILLER, CSBN 174582
    Assistant United States Attorneys
 6       Room 7516, Federal Building
         300 North Los Angeles Street
 7       Los Angeles, California  90012
         Telephone: (213) 894-6159
 8       Facsimile: (213) 894-5139
         E-mail:    cathy.ostiller@usdoj.gov
 9
    Attorneys for the
10  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES and THE STATE OF CALIFORNIA ex rel. DR. GUY W. MENDIVIL;<br><br>          Plaintiffs,<br><br>     v.<br><br>INTERDENT, INC., INTERDENT SERVICE CORPORATION, DEDICATED DENTAL SYSTEMS INCORPORATED, and DOES 1 through 20, inclusive,<br><br>          Defendants. | NO. CV 05-4202 RSWL (SHx)<br><br>**UNITED STATES' AND STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO INTERVENE**<br><br>[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>[[PROPOSED] ORDER LODGED UNDER SEAL CONCURRENTLY HEREWITH] |

1  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and
2  (4), and the California False Claims Act, Cal. Gov. Code §
3  12652(c)(2) and (6), respectively, the United States and the State
4  of California notify this Court of their intention to intervene in
5  the above-captioned action for the sole purpose of settling the
6  action.
7  Specifically, the United States and the State of California
8  intervene in this action to the extent that the Amended Complaint
9  alleges that, during the period from January 1, 2002 to 2005,
10 defendants Interdent, Inc., Interdent Service Corporation, and
11 Dedicated Dental Systems Incorporated used relator Dr. Guy W.
12 Mendivil's Denti-Cal rendering provider number to submit claims to
13 the Denti-Cal program for orthodontic services provided by
14 unauthorized Denti-Cal providers at an orthodontic clinic owned by
15 defendants, located on San Dimas Street in Bakersfield, California.
16 These allegations have been defined as the "Covered Conduct" in the
17 settlement agreement entered into by the United States, the State
18 of California, the relator, and defendants.
19 The United States and the State of California request that, of
20 the documents filed with the Court prior to this Joint Notice of
21 Election to Intervene, only the Amended Complaint, this Joint
22 Notice, and the Court's Order thereon be unsealed and served upon
23 the defendants. The United States and the State of California
24 request that all other previously filed or lodged contents of the
25 Court's file in this matter (including, but not limited to, any
26 applications filed by the United States for an extension of the
27 seal period (the sixty-day investigative period)) remain under seal
28 and not be made public or served upon the defendants. All papers

1 | today and hereafter filed or lodged in this case should not be
2 | sealed.   31 U.S.C. § 3730(b)(2); Cal. Gov. Code § 12652(c)(6).
3 |     A proposed order accompanies this notice.
4 |                                         Respectfully submitted,

DATED: June 23, 2008

THOMAS P. O'BRIEN
United States Attorney

*/s/ Cathy J. Ostiller*
CATHY J. OSTILLER
Assistant United States Attorney
Attorneys for the United States of America

DATED: June 18, 2008

EDMUND G. BROWN JR.
Attorney General for the State of California

*/s/ Carlotta R. Hivoral*
CARLOTTA R. HIVORAL
Deputy Attorney General for the State of California
Attorneys for the State of California

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 24, 2008, I served **1. UNITED STATES' & STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO INTERVENE; 2. [PROPOSED ORDER RE: UNITED STATES' & STATE OF CALIFORNIA'S ELECTION TO INTERVENE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: June 24, 2008. Place of mailing: 300 N. Los Angeles Street, Los Angeles, California 90012.

TO:  Donald R. Warren, Esq.          Carlotta R. Hivoral, Esq.
     Warren Benson law Group          Deputy Attorney General
     7825 Fay Avenue, Suite 200       California Department of Justice
     La Jolla, CA 92037               Bureau of Medi-Cal Fraud &
                                        Elder Abuse
                                      1455 Frazee Road, Suite 315
                                      San Diego, CA 92108

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 24, 2008 at Los Angeles, California.


ADELE DAVIS