LEWIS BISBOIS BISGAARD & SMITH
LLOYD LOOMIS, ESQ., SB # 85239
E-mail: loomis@lbbslaw.com
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
Tel: 213-580-7914
Fax: 213-250-1800

Attorneys for Defendants, InterDent Inc.,
InterDent Service Corporation and Dedicated Dental Systems, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and THE STATE OF CALIFORNIA ex rel. DR. GUY W. MENDIVIL,<br><br>Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., INTERDENT SERVICE CORPORATION, DEDICATED DENTAL SYSTEMS INCORPORATED, and DOES 1 through 1 through 20, inclusive.<br><br>Defendants. | Case No. CV05-4202 RSWL (SHx)<br><br>The Hon. Ron S.W. Lew<br><br>**STIPULATION FOR DISMISSAL OF THIRD THROUGH NINTH CAUSES OF ACTION AND OF ALL OTHER CLAIMS BY PLAINTIFF DR. GUY MENDIVIL AND ORDER THEREON** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff Dr. Guy Mendivil and Defendants, InterDent, Inc., InterDent Service Corporation and Dedicated Dental Systems, Inc., by and through their counsel that the Third through the Ninth Causes of Action as set forth in the Amended Complaint filed in this action and any other claims asserted in the Amended Complaint by Plaintiff Dr. Guy Mendivil shall be

dismissed with prejudice and that attorneys fees and costs have been addressed in a separate agreement.

This Stipulation for Dismissal is in addition to the Stipulation for Dismissal filed or to be filed by the State of California and the United States. Those stipulations relate to the First and Second Causes of Action in the Amended Complaint. Those stipulations govern those causes of action.

Respectfully submitted,

Dated 6-9-08 2008      WARREN * BENSON LAW GROUP

By: _____
Donald R. Warren
Attorneys for Plaintiff Guy W. Mendivil

Dated 6-6-2008      SESSIONS & KIMBALL, LLP

By: _____
Don D. Sessions
Attorneys for Plaintiff Guy W. Mendivil

4830-3535-7186.1

**STIPULATION FOR DISMISSAL; ORDER THEREON**

- 2 -

Dated *June 24* 2008

           LEWIS BRISBOIS BISGAARD &
           SMITH LLP

           By *[signature]*
           Lloyd C. Loomis
           Attorneys for Defendants, InterDent,
           Inc., InterDent Service Corporation, and
           Dedicated Dental Systems, Inc.

4830-3535-7186.1

**STIPULATION FOR DISMISSAL; ORDER THEREON**