LEWIS BISBOIS BISGAARD & SMITH
LLOYD LOOMIS, ESQ., SB # 85239
E-mail: loomis@lbbslaw.com
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
Tel:  213-580-7914
Fax: 213-250-1800

Attorneys for Defendants, InterDent Inc.,
InterDent Service Corporation and Dedicated Dental Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and THE STATE OF CALIFORNIA ex rel. DR. GUY W. MENDIVIL,<br><br>Plaintiff,<br><br>vs.<br><br>INTERDENT, INC., INTERDENT SERVICE CORPORATION, DEDICATED DENTAL SYSTEMS INCORPORATED, and DOES 1 through 1 through 20, inclusive.<br><br>Defendants. | Case No. CV05-4202 RSWL (SHx)<br><br>The Hon. Ron S.W. Lew<br><br>**PROPOSED ORDER FOR DISMISSAL OF THIRD THROUGH NINTH CAUSES OF ACTION AND OF ALL OTHER CLAIMS BY PLAINTIFF DR. GUY MENDIVIL** |

The parties hereto have agreed and stipulated that the Third through the Ninth Causes of Action as set forth in the Amended Complaint filed in this action as well as the other claims asserted in the Amended Complaint by Plaintiff, Dr. Guy Mendivil are to be dismissed with prejudice.  Further, this Court has previously dismissed pursuant to Stipulation of Dismissal the First and Second Causes of Action in the Amended Complaint.  Therefore it is Ordered that the Third through the Ninth Causes of Action, as well as any other claims asserted in the Amended Complaint by plaintiff Dr. Guy Mendivil are hereby dismissed with

4832-1329-5618.1

**ORDER FOR DISMISSAL OF THIRD-NINTH CAUSES OF ACTION, ETC.**

1  prejudice. Attorneys fees and costs have been addressed through a separate
2  agreement.
3
4
5          IT IS SO ORDERED.
6
7
8  Dated:_____2008
9
10
11
12
13                                  _____
                                    Honorable Ron S. W. Lew
14                                  Judge of the U.S. District Court

4832-1329-5618.1

**ORDER FOR DISMISSAL OF THIRD-NINTH CAUSES OF ACTION, ETC.**