1  LEWIS BISBOIS BISGAARD & SMITH
2  LLOYD LOOMIS, ESQ., SB # 85239
   E-mail: loomis@lbbslaw.com
3  221 N. Figueroa Street, Suite 1200
   Los Angeles, California 90012
4  Tel:   213-580-7914
   Fax:  213-250-1800
5
6  Attorneys for Defendants, InterDent Inc.,
   InterDent Service Corporation and Dedicated Dental Systems, Inc.
7

8
                      UNITED STATES DISTRICT COURT
9
                      CENTRAL DISTRICT OF CALIFORNIA
10

11
   UNITED STATES and THE STATE      )  Case No. CV05-4202 RSWL (SHx)
12 OF CALIFORNIA ex rel. DR. GUY W. )
13 MENDIVIL,                        )  The Hon. Ron S.W. Lew
                                    )
14                                  )
                                    )  **PROOF OF SERVICE RE**
15           Plaintiff,             )  **STIPULATION FOR DISMISSAL**
                                    )  **AND ORDER**
16     vs.                          )
                                    )
17 INTERDENT, INC., INTERDENT       )
   SERVICE CORPORATION,             )
18 DEDICATED DENTAL SYSTEMS         )
   INCORPORATED, and DOES 1         )
19                                  )
20 through 1 through 20, inclusive.  )
                                    )
21                                  )
             Defendants.            )
22                                  )
                                    )
23

24 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

25

26      At the time of service, I was over 18 years of age and not a party to the

27 action.  My business address is 221 North Figueroa Street, Suite 1200, Los

28 Angeles, California  90012.  I am employed in the office of a member of the bar

29 of this Court at whose direction the service was made.

30

31      On July 11, 2008 July 11, 2008, I served the following document(s):

32 PROOF OF SERVICE; STIPULATION FOR DISMISSAL OF THIRD

4836-0526-6690.1
_____
**PROOF OF SERVICE RE STIPULATION FOR DISMISSAL/ORDER**

- 1 -

THROUGH NINTH CAUSES OF ACTION AND OF ALL OTHER CLAIMS BY PLAINTIFF DR. GUY MENDIVIL AND ORDER THEREON; PROPOSED ORDER FOR DISMISSAL OF THIRD THROUGH NINTH CAUSES OF ACTION AND OF ALL OTHER CLAIMS BY PLAINTIFF D.R GUY MENDIVIL.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Donald R. Warren, Esq.
Warren Benson Law Group
7825 Ray Avenue, Suite 200
La Jolla, CA 92037
e-mail: donwarren@warrenbensonlaw.com

Don D. Sessions, Esq.
23456 Madero, Suite 170
Mission Viejo, CA 92691
Fax: 949-380-8283
e-mail: ddsessions@job-law.com

The documents were served by the following means:

[X]     (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2008July 11, 2008, at Los Angeles, California.

_____
Dolores Binda

4836-0526-6690.1

**PROOF OF SERVICE RE STIPULATION FOR DISMISSAL/ORDER**

- 2 -